IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                     )<br>                   Plaintiff,          )<br>                                                     )          8:13CR225<br>       vs.                                        )<br>                                                     )          ORDER<br>TRINO HERNANDEZ,                  )<br>                                                     )<br>                   Defendant.     )<br>                                                     ) | |

This matter is before the court on the unopposed motion to continue trial [20] as counsel are waiting on a decision by the United States Attorney regarding mandatory minimums. For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for August 27, 2013 is continued to **October 1, 2013.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 1, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 15, 2013.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**